# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>                    Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 73.170.252.115,<br><br>                    Defendant. | Case Number: 4:22-cv-02239-HSG<br><br>Honorable Haywood S. Gilliam, Jr.<br><br>**ORDER ON PLAINTIFF'S *EX-PARTE* APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT AND FOR CONTINUANCE OF THE TELEPHONIC INITIAL CASE MANAGEMENT CONFERENCE (as modified)** |

THIS CAUSE came before the Court upon Plaintiff's *ex-parte* application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint and continuance of the Initial Case Management Conference currently scheduled for July 12, 2022, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:  Plaintiff's application is granted.  Plaintiff shall have until September 6, 2022 to effectuate service of a summons and Complaint on Defendant and the Telephonic Initial Case Management Conference currently scheduled for July 12, 2022 is continued to October 11, 2022 at 2:00 p.m.

**DONE AND ORDERED**.

Dated: _____6/16/2022_____

By: *Haywood S. Gilliam Jr.*
**United States District Judge**
Hon. Haywood S. Gilliam, Jr.

1